# EXHIBIT A

130

MINUTES- JACKSON LOCAL SCHOOL DISTRICT BOARD OF EDUCATION- September 20, 2022

A. The regular meeting of the Jackson Local School District Board of Education was held, Tuesday, September 20, 2022, at 5:00 pm at Jackson High School. The following members were present: Gindlesberger, Winkhart, Wright and Goff, Jones was absent.

B. President Goff led the Pledge of Allegiance.

22.121 Moved by Winkhart, seconded by Wright, <u>to approve the minutes of the August 23, 2022, regular meeting,</u> as presented.

Winkhart, yes; Wright, yes; Gindlesberger, yes; Goff, yes. Motion carried.

22.122 Moved by Gindlesberger, seconded by Winkhart, <u>to accept the August 2022 financial statements, account modifications and appropriation changes</u>, as presented.

| AMOUNT | FROM ACCOUNT BUDGET KEY | TO ACCOUNT BUDGET KEY |
|---|---|---|
| 5,000.00 | 0011130000000020-511 | 0011130120500020-423 |
| 14,000.00 | 0035600000000090-640 | 0035600000000030-573 |
| 500,000.00 | 0705500000000070-620 | 0705300000000070-418 |
| 10,000.00 | 0705600000000070-630 | 0705600000000030-573 |
| ADVANCES BACK | | |
| ADVANCES IN | | |
| $ 8,436.05 | 0017410000000000-920 | 5720000000000720-R5210 |
| $ 2,938.54 | 0017410000000000-920 | 5840000000000840-R5210 |
| INCREASE/DECREASE AMOUNT | | BUDGET KEY-ACCOUNT XXXXXXXXXXXXXXXX |
| $ 2,001.66 | | 0014130000000020-411 |
| $ 10,000.00 | | 2009017433000020-891 |

Gindlesberger, yes; Winkhart, yes; Wright, yes; Goff, yes. Motion carried.

C. Board members reviewed the list of bills paid in August 2022, which totaled $5,693,030.63.

D. During the first hearing of visitors, no one wished to address the board.

E. The following communications were presented to the Board:
- The Canton Regional Chamber of Commerce Business Advisory Council met on August 23, 2022. The agenda and the minutes from that meeting were shared.
- Superintendent DiLoreto shared the results of a satisfaction survey that was conducted following the School Safety Parent meeting that was held at Jackson High School on August 18, 2022.

- ➤ The date for the Commencement Ceremonies for the JHS class of 2023 has been set for Saturday May 20th with a rain date of May 21st.
- ➤ Senate Bill 210 requires annual assurance to the Board of Education that the Jackson Local Schools' menus meet state and federal nutrition guidelines. The ODE, Office for Child Nutrition public school meal program audits have been moved from a three-year cycle to a five-year cycle. According to ODE's last review, we are fully compliant with federal and state regulations. Our next ODE Administrative review may be completed during the 2022-2023 school year. In addition, our menus are reviewed and edited annually by a Pisanick Partners dietician.
- ➤ The following Athletic Volunteers, who hold current certifications for the Fall 2022 Season, were presented to the Board:
    - o Joe Cioncialdi – Girls Tennis
    - o Chryssa Hartnet – Cross Country
    - o Kate McCree – Girls Volleyball
    - o Steve Muhleman - Football
    - o Megan Reese – Girls Tennis
    - o Mike Somody – Girls Soccer
    - o Matt Wilcox – Boys Soccer

F. Superintendent DiLoreto presented the first reading of the following Board Policies to the board:
- Policy 1617 – ADMINISTRATION – Weapons
- Policy 2220 – PROGRAM – Adoption of Courses of Study
- Policy 2413 – PROGRAM – Career Advising
- Policy 2430 – PROGRAM – District Sponsored Clubs and Activities
- Policy 3120.08 – PROFESSIONAL STAFF – Employment of Personnel for Co-Curricular/Extra-Curricular Activities
- Policy 3217 – PROFESSIONAL STAFF – Weapons
- Policy 4217 - CLASSIFIED STAFF – Weapons
- Policy 5111 – STUDENTS – Eligibility of Resident/Nonresident Students
- Policy 5335 – STUDENTS – Care of Students with Chronic Health Conditions: Food Allergies
- Policy 5336 - STUDENTS – Care of Students with Diabetes
- Policy 5460.01 - STUDENTS – Diploma Deferral
- Policy 6550 – FINANCES – Travel Payment and Reimbursement
- Policy 6700 – FINANCES – Fair Labor Standards Act (FLSA)
- Policy 7217 – PROPERTY – Weapons
- Policy 7440.03 – PROPERTY – Small Unmanned Aircraft Systems
- Policy 7440 - PROPERTY – Facility Security
- Policy 8210 – OPERATIONS – School Calendar
- Policy 8320 – OPERATIONS – Personnel Files
- Policy 8330 – OPERATIONS – Student Records
- Policy 8600 – OPERATIONS – Transportation

22.123 Moved by Wright, seconded by Gindlesberger <u>to authorize the following school support entities to receive coverage under the District's liability insurance program</u>, as presented.

- Jackson Youth Basketball Association
- JHS Bear's Volleyball Club
- Jackson Boys Lacrosse Booster Club

- Strausser Parent Teacher Group

Wright, yes; Gindlesberger, yes; Winkhart, yes; Goff, yes. Motion carried.

22.124 Moved by Winkhart, seconded by Gindlesberger, <u>to approve the following list of non-resident students from whom we are accepting the State-prescribed tuition rate of $8,901.81,</u> as presented.

>Hunter Grunwald
>Robin Hannold
>Tara Johnson
>Marlo Muntean-Sherrod
>Lucas Nasvadi
>Charlotte Raketich
>Divya Shanmugam
>Addyson Utterback
>Samantha Weaver
>Rebekah Yoder

Winkhart, yes; Gindlesberger, yes; Wright, yes; Goff, yes. Motion carried.

22.125 Moved by Wright, seconded by Gindlesberger, <u>to approve the plan for the Stark County Educational Services Center to serve as the Business Advisory Council for the Jackson Local School District</u>, as presented.

Wright, yes; Gindlesberger, yes; Winkhart, yes; Goff, yes. Motion carried.

22.126 Moved by Gindlesberger, seconded by Wright, <u>to allow for the adoption of the following textbooks for the 2022-2023 school year</u>, as presented.

| Course | Title | Author |
|---|---|---|
| AP Chinese | Integrated Chinese | Liu, Yao, Bi, Shi and Ge |
| 6th Grade Spanish | Encuentros I | Vista Higher Learning |
| Spanish III and IV | Senderos, Level 3 | Vista Higher Learning |

Gindlesberger, yes; Wright, yes; Winkhart, yes; Goff, yes. Motion carried.

22.127 Moved by Winkhart, seconded by Wright, <u>to authorize the location change of the October 18, 2022, Board of Education Meeting from Lake Cable Elementary to Sauder Elementary,</u> as presented.

Winkhart, yes; Wright, yes; Gindlesberger, yes; Goff, yes. Motion carried.

22.128 Moved by Winkhart, seconded by Wright, <u>to authorize the following field trips per their tentative schedules and final approval of the Superintendent,</u> as presented.

>Overnight trip for Boys varsity Basketball to play in a preview tournament in Columbus, Ohio on November 18th, 2022.

>Overnight trip for Baseball to attend a varsity showcase tournament in Toledo, OH on March 31st, 2023.

Overnight trip for Baseball to attend a varsity showcase tournament in Cincinnati, OH on April 14th, 2023.

Winkhart, yes; Wright, yes; Gindlesberger, yes; Goff, yes. Motion carried.

22.129 Moved by Wright, seconded by Gindlesberger, <u>to grant the disability leave approved by the State Teachers Retirement System of Ohio for JHS teacher, Jennifer Ardelea</u>, as presented.

Wright, yes; Gindlesberger, yes; Winkhart, yes; Goff, yes. Motion carried.

22.130 Moved by Winkhart, seconded by Gindlesberger, <u>to accept the following retirements and resignations</u>, as presented.

Vivian Geraghty - Resignation, JMMS Teacher, effective August 26, 2022.
Kristin MacDonald - Resignation, Junior Advisor/Prom Advisor (1/2 of full contract), effective the 2022-2023 school year.
Jennifer McDonald - Retirement, Bus Driver, effective March 3, 2023.
Marcia Palleschi - Retirement, JHS Secretary, effective end of the 2022-2023 contract year.
Mistina Tolarchyk - Resignation, Junior Advisor/Prom Advisor (1/2 of full contract), effective the 2022-2023 school year.

Winkhart, yes; Gindlesberger, yes; Wright, yes; Goff, yes. Motion carried.

22.131 Moved by Wright, seconded by Winkhart, <u>to adopt the following resolution</u>:

### Employment Resolution for Supplemental Contracts
### (Non-Teaching Staff)

WHEREAS, the Board has posted the position(s) listed below as being available to employees of the Jackson Local School District who hold teaching licenses or certificates, and no such employee who is qualified to fill the position has applied for, been offered and accepted such position; and

WHEREAS, this Board then advertised the above position(s) as being available to any individual with such a license or certificate who is qualified to fill it and who is not employed by the Board and no such person who is qualified to fill the position has applied for, been offered and accepted such position; and

BE IT RESOLVED, that the following non-licensed, non-certified person(s) be employed for a one-year personal service contract as indicated pending completion of all legal requirements.

BE IT FURTHER RESOLVED, to non-renew the personal service contract(s) at the conclusion of the 2022-2023 contract year of the following personnel as recommended by the Superintendent, and direct the Treasurer to advise them by letter of the Board's intention to non-renew the contracts at the conclusion of the 2022-2023 contract year.

| Matthew Sutherland | Assistant Boys Soccer Coach | .13 |
| Robin Snow | Musical Costume Designer | .045 |

Wright, yes; Winkhart, yes; Gindlesberger, yes; Goff, yes. Motion carried.

22.132 Moved by Gindlesberger, seconded by Wright, <u>to employ the following certificated personnel for the 2022-2023 contract year</u> as recommended by the Local Superintendent; <u>to employ the following</u>

classified personnel for the 2022-2023 contract year as recommended by the Local Superintendent; and to direct the Treasurer to send salary notices to these persons with salaries according to the adopted salary schedule or stipends and pending completion and return of all necessary documents including an acceptable B.C.I. record, where applicable:

New Teachers 2022/2023
Alexsandra Washburne – 8th Grade ELA teacher, Jackson Memorial Middle School

Supplemental Contracts 2022/2023
Joseph Drury - Skills USA, Auto Advisor (.015)
Hannah Messner - GCCM, Algebra, Data, Probability (.015)
Kristin MacDonald - Junior Advisor/Prom Supplemental Contract (.04)
Kathryn Stone - LGBTQ Supplemental Contract (.015)
Mistina Tolarchyk - Junior Advisor/Prom Supplemental Contract (.04)
Alexsandra Washburne - Cubs Column (.03)
Heidi Wilhelm - Power of the Pen (.02)

Classified Employment
Contracted
Tracy Floom - Transportation Monitor
Mindy Gayhart - Building Aide Sauder
Tina Kimberling - Cafeteria Monitor Sauder
Kathy Zawacky - Transportation Monitor

Substitutes
Jessica Holbrook - Building Aide/Library Tech/Monitor/Secretary
Jessica Lukacs - Monitor Attendant
Lorraine Oblisk - Transportation Monitor
Samantha Vaught -Transportation Monitor

Gindlesberger, yes; Wright, yes; Winkhart, yes; Goff, yes. Motion carried.

G. The next board of education meeting is scheduled for Tuesday, October 18, 2022, at 5:00 pm at Sauder Elementary.

22.133 Moved by Winkhart, seconded by Gindlesberger to adjourn the meeting at 5:19 pm.

Winkhart, yes; Gindlesberger, yes; Wright, yes; Goff, yes. Motion carried.

_C. Y. Goff_
President

_Bryan Haas_
Treasurer