# EXHIBIT B

August 26, 2022

Mr. Chris Diloreto
Jackson Local School District
7600 Fulton Dr. NW
Massillon, OH 44646

Dear Mr. Diloreto:

Please accept this letter as a notice of my resignation from Jackson Local Schools as a teacher. This letter is effective August 26, 2022.

This is due to irreconcilable differences between myself and the Jackson Local School District. At the beginning of the 2022/23 school year, I was asked to conform to students' gender identities that opposed my religious beliefs. Unequivocally and unapologetically, I will not do so. While some may say this is forcing my beliefs on others, I say this is standing up for the mission that every teacher should fight for. We attempt every day to teach our students to fight for what they believe in, yet, in cases like this, ask teachers to put aside what they believe in. There is no better teacher to any student of life than to see this in action. I understand that it is not my place to force my religious beliefs on others. There are many convictions that I hold that would never be made known in my classroom as I have a responsibility to teach ELA content, not religion. However, there are lines that I will not cross, as they would violate my conscience and my God.

I have enjoyed my time working at the Jackson Local School District and am saddened that I have been asked to resign over this issue. While this is not the result that I was hoping for in this issue, as I sincerely enjoyed my job, it was an easy decision to make in resigning. There will never be a higher calling in life than being a child of God, and there is nothing that will supersede that conviction.

Sincerely,

*Vivian Geraghty*

Vivian Geraghty