THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **VIVIAN GERAGHTY**, <br><br> *Plaintiff,* <br><br> v. <br><br> **JACKSON LOCAL SCHOOL DISTRICT BOARD OF EDUCATION**, et al., <br><br> *Defendants.* | **PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE OF TYSON C. LANGHOFER** <br><br> Case No. 5:22-cv-2237 |

**PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE
OF TYSON C. LANGHOFER**

Pursuant to Local Rule 83.5(h), the undersigned moves this Court for an order permitting Tyson C. Langhofer to appear and participate pro hac vice in this action on behalf of Plaintiff Vivian Geraghty. Payment of the $120.00 pro hac vice admission fee is submitted contemporaneously with this motion via CM/ECF.

This motion is supported by the attached declaration of Tyson C. Langhofer, made under the penalty of perjury pursuant to 28 U.S.C. § 1746. In addition to swearing to his current good standing with the Supreme Court of Virginia, Mr. Langhofer's declaration provides his "typewritten name, address, telephone number, facsimile number, e-mail address, highest state court admitted, highest state court admission date, highest state court bar registration number, a statement, including specific details, indicating whether the attorney has ever been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, or has ever received any reprimand

1

from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar." LR 83.5(h).

Accordingly, the undersigned respectfully requests that Tyson C. Langhofer be admitted to appear and participate pro hac vice in this action on behalf of Plaintiff Vivian Geraghty.

This 12th day of December, 2022.

s/ Matthew J. Burkart
Matthew J. Burkhart
Gallagher Kavinsky & Burkhart LPA
8740 Orion Place, Suite 200
Columbus, Ohio 43240-4063
Telephone: (614) 885-9022
Facsimile: (614) 885-9024
mjb@gkb-law.com
Ohio Bar Registration Number 0068299

*Counsel for Plaintiff Vivian Geraghty*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 12, 2022, I electronically filed the foregoing Plaintiff's Motion for Admission Pro Hac Vice of Tyson C. Langhofer with the Clerk of the Court for the United States District Court Northern District of Ohio by using the CM/ECF system. I further certify that together with the summons, complaint, and other case-initiating papers, a process server will serve this motion and supporting declaration on each of the defendants.

                                                 s/ Matthew J. Burkhart
                                                 *Counsel for Plaintiff Vivian Geraghty*