THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **VIVIAN GERAGHTY**,<br><br>*Plaintiff,*<br><br>v.<br><br>**JACKSON LOCAL SCHOOL DISTRICT BOARD OF EDUCATION,** et al.,<br><br>*Defendants.* | **DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE OF TYSON C. LANGHOFER**<br><br>Case No. 5:22-cv-2237 |

**DECLARATION IN SUPPORT OF
PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE
OF TYSON C. LANGHOFER**

I, Tyson C. Langhofer, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 and state that:

1. I am a member in good standing with the Supreme Court of Virginia;

2. My name, address, telephone number, facsimile number, and e-mail address are:

> Tyson C. Langhofer
> Alliance Defending Freedom
> 44180 Riverside Parkway
> Lansdowne, Virginia 20176
> Telephone: (571) 707-4655
> Facsimile: (571) 707-4790
> Email: tlanghofer@ADFlegal.org

1

3. I was admitted on January 8, 2020 as a member of the bar of the Supreme Court of Virginia—the highest court of the state—and that my bar registration number is 95204;

4. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2022.

Tyson C. Langhofer
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
Email: tlanghofer@ADFlegal.org

*Counsel for Plaintiff Vivian Geraghty*