# UNITED STATES DISTICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **VIVIAN GERAGHTY,** | **CASE NO: 5:22-CV-02237** |
| **Plaintiff,** | **JUDGE: Hon. Pamela A. Barker** |
| **vs.** | |
| **JACKSON LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al.** | **DEFENDANTS' NOTICE OF COMPLIANCE WITH FED. R. CIV. P. 26(a)(1)(A) INITIAL DISCLOSURES** |
| **Defendants.** | |

Defendants Jackson Local School District Board of Education, Christopher DiLoreto, Monica Myers, and Kacy Carter (collectively "Defendants"), hereby give notice that they served their initial disclosures to Plaintiff according to Fed. R. Civ. P. 26(a)(1)(A) on April 4, 2023.

Respectfully Submitted,

**PLAKAS MANNOS**

_____

Lee E. Plakas (0008628)
David L. Dingwell (0059159)
Kristen S. Moore (0084050)
200 Market Avenue North
Suite 300
Canton, Ohio 44702
Tele: (330) 455-6112
Fax: (330) 455-2108
E-Mail:    lplakas@lawlion.com
           ddingwell@lawlion.com
           kmoore@lawlion.com

*Attorneys for Defendants*

Plakas Mannos
Attorneys and Counselors at Law ◆ Canton and Akron, Ohio

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2023 the foregoing was sent electronically to all  counsel.

_____
Lee E. Plakas (0008628)
David L. Dingwell (0059159)
Kristen S. Moore (0084050)

Plakas Mannos
Attorneys and Counselors at Law ◆ Canton and Akron, Ohio