# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **VIVIAN GERAGHTY,** | Case No. 5:22-CV-02237-PAB |
| Plaintiff | |
| vs. | **Judge: Hon. Pamela A. Barker** |
| **JACKSON LOCAL DISTRICT BOARD OF EDUCATION, et al.** | **NOTICE OF SUBSTITUTION OF LEAD COUNSEL** |
| Defendants | |

Pursuant to Local Rule 83.9 for the Northern District of Ohio, Lee E. Plakas and David L. Dingwell hereby give notice that that Attorney Plakas will substitute Attorney Dingwell as lead counsel for Defendants Jackson Local School District Board of Education, Christopher DiLoreto, Monica Myers, and Kacy Carter (collectively "Defendants"). Attorney Dingwell will remain as counsel for Defendants and is only withdrawing as lead counsel. Because this Notice concerns attorneys from the same firm, Attorneys Plakas and Dingwell need not obtain leave of Court.

Respectfully Submitted,

**PLAKAS MANNOS**

*s/ Kristen S. Moore*
Lee E. Plakas (0008628)
David L. Dingwell (0059159)
Kristen S. Moore (0084050)
200 Market Avenue North
Suite 300
Canton, OH 44702
Telephone: (330) 455-6112
Facsimile: (330) 455-2108
E-Mail:    lplakas@lawlion.com
            ddingwell@lawlion.com
            kmoore@lawlion.com
*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 5th day of September, 2024, the foregoing *Notice of Substitution of Lead Counsel* was filed electronically. Notice of this filing will be sent to all parties and counsel by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

                              *s/ Kristen S. Moore*
                              Kristen S. Moore (0084050)
                              *Attorney for Defendants*