THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **VIVIAN GERAGHTY**,<br><br>*Plaintiff*,<br><br>v.<br><br>**JACKSON LOCAL SCHOOL DISTRICT BOARD OF EDUCATION**, et al.<br><br>*Defendants*. | Case No. 5:22-cv-02237-PAB<br><br>Judge Pamela A. Barker<br><br>**JOINT STIPULATION OF DISMISSAL** |

      NOW COME the Plaintiff and the Defendants and jointly stipulate to the dismissal of this action. In support thereof, the parties state as follows:

      1.      The parties have reached a resolution in this case that resolves all claims.

      2.      The parties stipulate that this lawsuit should be dismissed with prejudice.

      3.      This is not a class action lawsuit, no receiver has been appointed, and no federal statute that requires a court order for dismissing a case governs this lawsuit.

      4.      Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

Respectfully submitted this 20th day of December, 2024.

| s/ Kristen S. Moore | s/ P. Logan Spena |
|---|---|
| David L. Dingwell (0059159) | P. Logan Spena* |
| Lee E. Plakas (0008628) | Tyson C. Langhofer* |
| Kristen S. Moore (0084050) | Mathew W. Hoffmann* |
| 200 Market Avenue North | Alliance Defending Freedom |
| Suite 300 | 44180 Riverside Parkway |
| Canton, Ohio 44702 | Lansdowne, Virginia 20176 |
| Telephone: (330) 455-6112 | Telephone: (571) 707-4655 |
| Facsimile: (330) 455-2108 | Facsimile: (571) 707-4790 |
| lplakas@lawlion.com | lspena@ADFlegal.org |
| ddingwell@lawlion.com | tlangofer@ADFlegal.org |
| kmoore@lawlion.com | mhoffmann@ADFlegal.org |
| | |
| *Counsel for Defendants* | David A. Cortman* |
| | Alliance Defending Freedom |
| | 1000 Hurricane Shoals Road NE, Suite D-1100 |
| | Lawrenceville, Georgia 30043 |
| | Telephone: (770) 339-0774 |
| | Facsimile: (770) 339-6744 |
| | dcortman@ADFlegal.org |
| | |
| | Matthew J. Burkhart |
| | Gallagher Kavinsky & Burkhart LPA |
| | 8740 Orion Place, Suite 200 |
| | Columbus, Ohio 43240-4063 |
| | Telephone: (614) 885-9022 |
| | Facsimile: (614) 885-9024 |
| | mjb@gkb-law.com |
| | Ohio State Bar Number 0068299 |
| | |
| | *Counsel for Plaintiff* |
| | *Admitted pro hac vice |