**IT IS SO ORDERED.**

_s/Pamela A. Barker_
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **VIVIAN GERAGHTY**, <br><br> *Plaintiff,* <br><br> v. <br><br> **JACKSON LOCAL SCHOOL DISTRICT BOARD OF EDUCATION**, et al. <br><br> *Defendants*. | Case No. 5:22-cv-02237-PAB <br><br> Judge Pamela A. Barker <br><br> **JOINT STIPULATION OF DISMISSAL** |

NOW COME the Plaintiff and the Defendants and jointly stipulate to the dismissal of this action. In support thereof, the parties state as follows:

1. The parties have reached a resolution in this case that resolves all claims.

2. The parties stipulate that this lawsuit should be dismissed with prejudice.

3. This is not a class action lawsuit, no receiver has been appointed, and no federal statute that requires a court order for dismissing a case governs this lawsuit.

4. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.